The Honorable John H. Chun

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROCKIME DAVIS and MYHANG LE,

Plaintiffs,

v.

THEO CHOCOLATE, INC., a Washington company,

Defendant.

NO. 2:23-cv-01096-JHC

**STIPULATED MOTION AND ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT**

**NOTE ON MOTION CALENDAR: October 31, 2023**

Consistent with Local Civil Rules 7(j) and 10(g), Plaintiffs Rockime Davis and MyHang Le, individually and on behalf of all others similarly situated ("Plaintiffs"), and Defendant Theo Chocolate, Inc. ("Defendant") hereby respectfully submit this stipulated motion for an extension of time for Defendant to answer, move or otherwise respond to Plaintiffs' Class Action Complaint, or request such other relief the Court may deem appropriate. In support of their Motion, the Parties agree as follows:

1.      Plaintiffs filed their Class Action Complaint on July 20, 2023. ECF No. 1.

2.      The Parties had discussed the possibility of an early resolution of this action, including the exchange of information to allow the Parties to evaluate the strengths and weaknesses of Plaintiffs' claims and Defendant's defenses.

STIPULATED MOTION AND ORDER EXTENDING
DEADLINE TO RESPOND TO COMPLAINT- 1

3.  Upon stipulated motion by the Parties (ECF No. 8), the Court entered its September 11, 2023 Order extending Defendant's time to answer, move, or otherwise respond to Plaintiff's Class Action Complaint to November 1, 2023. ECF No. 9.

4.  Henceforth, the Parties engaged in preliminary settlement discussions, but have not yet reached a resolution.

5.  Due to the considerable time and effort spent attempting to resolve this matter short of further litigation, the Parties have agreed to further extend the time for Defendant to answer, move, or otherwise respond to Plaintiffs' Class Action Complaint, or request such other relief the Court may deem appropriate.

6.  As such, in light of the above and subject to Court approval, the Parties stipulate and agree that Defendant shall have an extension of time up to and including November 20, 2023 to answer, move, or otherwise respond to Plaintiffs' Class Action Complaint, or request such other relief the Court may deem appropriate.

IT IS SO STIPULATED.
DATED this 31st day of October, 2023.

**TOUSLEY BRAIN STEPHENS PLLC**

By: s/*Kim D. Stephens, P.S.*
   Kim D. Stephens, P.S., WSBA #11984
By: s/*Kaleigh N. Boyd*
   Kaleigh N. Boyd, WSBA #52684
   kstephens@tousley.com
   kboyd@tousley.com
   1200 Fifth Avenue, Suite 1700
   Seattle, Washington 98101
   Telephone: 206.682.5600
   Fax: 206.682.2992

**FITZGERALD JOSEPH LLP**

   Jack Fitzgerald (*Pro Hac Vice*)
   jack@fitzgeraldjoseph.com
   Trevor M. Flynn (*Pro Hac Vice*)
   trevor@fitzgeraldjoseph.com
   2341 Jefferson Street, Suite 200
   San Diego, California 92110
   Phone: (619) 215-1741
   *Attorneys for Plaintiffs*

**GORDON REES SCULLY MANSUKHANI, LLP**

By: s/*Mark B. Tuvim*
   Mark B Tuvim, WSBA #31909
   mtuvim@grsm.com

   Gordon Rees Scully Mansukhani, LLP
   701 Fifth Avenue, Suite 1200
   Seattle, WA 98104
   mtuvim@grsm.com
   Phone: (206) 695-5100
   Fax: (206) 689-2822

*Attorneys for Defendant Theo Chocolate, Inc.*

STIPULATED MOTION AND ORDER EXTENDING
DEADLINE TO RESPOND TO COMPLAINT- 2

## ORDER

Pursuant to the Parties' Stipulated Motion, it is so ORDERED. Defendant shall answer, move, or otherwise respond to Plaintiffs' Class Action Complaint, or request such other relief the Court may deem appropriate, on or before November 20, 2023.

Dated this 31st day of October, 2023.

_____
HONORABLE JOHN H. CHUN
United States District Judge

STIPULATED MOTION AND ORDER EXTENDING
DEADLINE TO RESPOND TO COMPLAINT- 3